Helen Campbell Giffen, *et vir*, v. The Florida National Bank & Trust Company at Miami, as Administrator, Trustee and Guardian for Eva M. Rivard, Deceased, and Laurence P. Rivard, as Heir at Law of Eva M. Rivard, Deceased.

196 So. 822
Division A
Opinion Filed June 14, 1940

*N. Vernon Hawthorne*, and *Morehead & Pallot*, for Appellants;

*Knight & Green, Dewey Knight* and *W. Clinton Green*, for Appellees.

Per Curiam.—The sole question presented here is one of fact. Concededly, the principles of law applicable to the evidence are well established. Our examination has not led us to the view that the chancellor was clearly in error in this disposition of the controversy; therefore, the decree is—

Affirmed.

Terrell, C. J., and Buford and Thomas, J. J., concur.

Chapman, J., concurs in opinion and judgment.

Justices Whitfield and Brown not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.